**Order entered October 22, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00850-CV

## IN THE INTEREST OF C.R.E. AND C.E., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-0149**

## ORDER

The clerk's and reporter's records have been filed. We **DIRECT** the Clerk of this Court

to send a paper copy of the clerk's record filed on July 30, 2018 and reporter's record filed on

October 19, 2018 to appellant. Appellant shall file a brief by **November 16, 2018**.


/s/     ADA BROWN
        JUSTICE